Matter of Carmen C. S. v Ginew L. B. (2023 NY Slip Op 03561)

Matter of Carmen C. S. v Ginew L. B.

2023 NY Slip Op 03561

Decided on June 29, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 29, 2023

Before: Kapnick, J.P., Friedman, Gesmer, Higgitt, JJ. 

Docket No. F-00987-08/17M Appeal No. 572 Case No. 2022-04223 

[*1]In the Matter of Carmen C. S., Petitioner-Respondent,
v
Ginew L. B., Respondent-Appellant.

Law Offices of James F. Simermeyer, P.C., Melville (James F. Simermeyer, II of counsel), for appellant.
Andrew J. Baer, New York, for respondent.

Order, Family Court, New York County (Jonathan H. Shim, J.), entered on or about June 16, 2022, which confirmed a Support Magistrate's finding that respondent father's nonpayment of child support was willful, reduced a purge amount previously set from $100,000 to $50,000, and directed that he tender payment on or before the next court date, unanimously affirmed, without costs.
The father's argument that he was denied due process because the order misstates the date of the Support Magistrate's order lacks merit. The mistake did not affect the validity of the order and was corrected in an order issued the same day. Furthermore, the record supports the finding of willful nonpayment since the Support Magistrate's order was entered on consent and the father presented no evidence of his income or inability to make payments. Concerning the purge amount, the father presented no evidence of his assets or inability to pay amounts other than those paid through garnishment of his wages that would warrant a finding that the court improvidently exercised its discretion in setting the amount (see Matter of Adriana K. v Grzegorz K., 215 AD3d 490 [1st Dept 2023]; Matter of Probert v Probert, 67 AD3d 806, 808 [2d Dept 2009]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 29, 2023